UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**KYLE CORRIGAN, et al.**

      Plaintiffs,

      v.                                                                                     Case No. 25-CV-1515

**CITY OF OSHKOSH, et al.,**

      Defendants.

## ORDER

Kyle Corrigan, proceeding pro se, filed this action on behalf of himself and Bright Line Investigations, LLC. The signature line of the complaint includes the name of Andrew Gile, who is identified as an attorney, and the Gile Law Group, a law firm in Columbus, Wisconsin. (ECF No. 1 at 8.) The court, however, has no record of an attorney by that name being admitted to practice in this district, and no attorney has appeared on behalf of the plaintiffs.

Corrigan can represent himself, but an artificial entity like an LLC must proceed by counsel or not at all. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993); *Muzikowski v. Paramount Pictures Corp.*, 322 F.3d 918, 924 (7th Cir. 2003); *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985).

Within 20 days of this order an attorney licensed to practice in this district must appear on behalf of Bright Line Investigations, LLC. **If counsel fails to appear, the court will dismiss Bright Line Investigations as a plaintiff.**

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 31st day of October, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
U.S. District Judge